# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Tara B. Blanton,                                        Case No. 3:15CV1864

          Plaintiff                              **ORDER**

          v.

Acting Commissioner of Social Security,

          Defendant

This is a Social Security case in which the plaintiff, Tara Blanton, appeals from the Commissioner's decision denying her application for benefits.

Pending is Magistrate Judge Parker's Report and Recommendation, which concluded that there was no substantial evidence to support that decision. (Doc. 17). In particular, the Magistrate Judge found that the administrative law judge failed to give good reasons for rejecting the opinions of her treating physicians, Drs. Parminder Singh and Bipin Desai.

The Commissioner has filed a response stating that she has no objections to the R&R.

Given the Commissioner's position, it is hereby ORDERED THAT:

1. The Magistrate Judge's Report and Recommendation (Doc. 17) be, and the same hereby is, adopted as the order of the court; and

2. The Commissioner's decision be, and the same hereby is, vacated, and the case is remanded to the Commissioner for proceedings not inconsistent with the attached Report and Recommendation.

So Ordered.

          /s/James G. Carr
          Sr. U.S. District Judge