# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Tara B. Blanton,   Case No. 3:15CV1864

    Plaintiff

    v.   **JUDGMENT ENTRY**

Acting Commissioner of Social Security,

    Defendant

For the reasons stated in the order filed contemporaneously with this judgment, it is hereby ORDERED THAT:

1. The Magistrate Judge's Report and Recommendation (Doc. 17) be, and the same hereby is, adopted as the order of the court; and

2. The Commissioner's decision be, and the same hereby is, vacated, and the case is remanded to the Commissioner for proceedings not inconsistent with the attached Report and Recommendation.

So ordered.

                                            /s/ James G. Carr
                                            Sr. U.S. District Judge